**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLB TRADING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JINSON J. LASLUISAS AND JULIO RODRIGUEZ, <br><br> Defendants. | No. 18-4792 (SDW)(LDW) <br><br><br> **ORDER** <br><br><br> August 16, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on August 2, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that this action be remanded to the Superior Court of New Jersey, Union County, Chancery Division for improper removal and lack of subject matter jurisdiction. Neither Plaintiff nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 12) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Wettre